No. 978, Misc. EDMONDS *v.* NASH, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 988, Misc. HOPKINS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 1004, Misc. ADAMS *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 1007, Misc. KEARSE *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 1017, Misc. CRAWFORD *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 1019, Misc. CIUCCI *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *George N. Leighton* for petitioner.

No. 1024, Misc. SOLOMON *v.* BANNAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 1025, Misc. COHEN *v.* WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1028, Misc. BIRDEN ET AL. *v.* RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 1035, Misc. MARCO *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.